**FILED**
November 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RAMI FAYEZ YOUSSEF,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-4187-OLG** |
| | § | |
| **ROSE THOMPSON *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioner initiated on July 2, 2026. Respondents have since advised the Court of Petitioner's court-ordered release from custody. (Dkt. No. 6.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 16, 2026.

ORLANDO L. GARCIA
United States District Judge